IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SCOTTSDALE INSURANCE COMPANY,

Plaintiff,

vs.

BSR, INC., and ROBERT MICHAEL
GRIFFITH, as Personal Representative of the
Estate of Taryn Griffith, deceased;

Defendants.

4:25CV3137

ORDER

This matter is before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 28). Having considered the matter, the Court will accept the Joint Stipulation. Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice.

Dated this 10th day of June, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge